ERIC C. BELLAFRONTO, Bar No. 162102
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Fax No.:       408.288.5686

ADRIANNE B. OSTROWSKI, Bar No. 238786
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Fax No.:       916.561.0828

Attorneys for Defendants
DISH NETWORK L.L.C.; ECHOSTAR SATELLITE CORPORATION; ECHOSPHERE L.L.C. (ERRONEOUSLY SUED AS ECOSPHERE L.L.C.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>DISH NETWORK, L.L.C.; ECHOSTAR SATELLITE CORPORATION; ECOSPHERE L.L.C.; KRISTY FEBEL; BLAKE KEISER; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.  2:11-CV-02133-LKK-DAD<br><br>**STIPULATION AND ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Trial Date:     None set.<br>Complaint filed: June 13, 2011 |

Firmwide:103805263.1 049145.1014                                    Case No.  2:11-CV-02133-LKK-DAD

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiff MARQUES JOHNSON and Defendants DISH NETWORK L.L.C. ("DISH"), ECHOSTAR SATELLITE CORPORATION, and ECHOSPHERE L.L.C. (erroneously sued as ECOSPHERE L.L.C.), ( collectively, "the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On June 13, 2011, Plaintiff filed a Complaint in the Superior Court of the State of California, in and for the County of Sacramento, which was captioned as follows: "*MARQUES JOHNSON, Plaintiff v. DISH NETWORK, LLC; ECHOSTAR SATELLITE CORPORATION; ECOSPHERE, LLC; KRISTY FEBEL, BLAKE KEISER, AND DOES 1-50, INCLUSIVE; Defendants*," designated as Case No. 34-2011-00105860.

2. On August 11, 2011, Defendants removed this case to the United States District Court, Eastern District of California, and this case was designated as Case No. 2:11-CV-02133-LKK-DAD.

3. The Parties have not yet appeared at the Status (Pretrial Scheduling) Conference currently scheduled for October 24, 2011 and no trial date has been assigned.

4. The Parties agree that they entered into and are bound by the Mandatory Arbitration of Disputes – Waiver of Rights Agreement ("Arbitration Agreement") signed by Plaintiff on April 9, 2007, with respect to the claims at issue in the above-referenced action.

5. Plaintiff agrees to submit his claims at issue in the above-referenced action to final and binding arbitration pursuant to the Arbitration Agreement signed by Plaintiff on April 9, 2007.

6. The Parties agree that this action should be stayed pending arbitration and that the Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

**IT IS SO STIPULATED.**

Firmwide:103805263.1 049145.1014   2.   Case No. 2:11-CV-02133-LKK-DAD

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

1  Dated: September 27, 2011

3              /s/Eric C. Bellafronto
   ERIC C. BELLAFRONTO, ESQ.
4  ADRIANNE B. OSTROWSKI, ESQ.
   LITTLER MENDELSON
5  A Professional Corporation
   Attorneys for Defendants
6  DISH NETWORK, L.L.C.; ECHOSTAR
   SATELLITE CORPORATION;
7  ECOSPHERE, L.L.C.

9
10 Dated: September 26, 2011
              /s/Leo F. Donahue
   LEO F. DONAHUE, ESQ.
11 LEO F. DONAHUE, INC.
   Attorneys for Plaintiff
12 MARQUES JOHNSON

15 Dated: September 26, 2011
              /s/Kevin W. Harris
   KEVIN W. HARRIS, ESQ.
16 LAW OFFICES OF KEVIN W. HARRIS
   Attorneys for Plaintiff
17 MARQUES JOHNSON

---

Firmwide:103805263.1 049145.1014         3.         Case No. 2:11-CV-02133-LKK-DAD

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

# **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

1. Plaintiff Marques Johnson shall submit his claims at issue in the above-referenced action to final and binding arbitration pursuant to the Mandatory Arbitration of Disputes – Waiver of Rights Agreement ("Arbitration Agreement") signed by Plaintiff on April 9, 2007;

2. Plaintiff Marques Johnson's action is hereby stayed pending arbitration; and

3. This Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

**IT IS SO ORDERED.**

DATED: September 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:103805263.1 049145.1014   4.   Case No. 2:11-CV-02133-LKK-DAD

STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150