1  ERIC C. BELLAFRONTO, Bar No. 162102
   LITTLER MENDELSON
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA  95113.2303
   Telephone:    408.998.4150
4  Fax No.:        408.288.5686

5  ADRIANNE B. OSTROWSKI, Bar No. 238786
   LITTLER MENDELSON
6  A Professional Corporation
   500 Capitol Mall, Suite 2000
7  Sacramento, CA  95814
   Telephone:    916.830.7200
8  Fax No.:        916.561.0828

9  Attorneys for Defendants
   DISH NETWORK L.L.C.; ECHOSTAR
10 SATELLITE CORPORATION; ECHOSPHERE
   L.L.C. (ERRONEOUSLY SUED AS ECOSPHERE
11 L.L.C.)

12
                       UNITED STATES DISTRICT COURT
13
                       EASTERN DISTRICT OF CALIFORNIA
14

15 | MARQUES JOHNSON, | Case No.  2:11-CV-02133-LKK-DAD |
   | | |

16 |              Plaintiff, | **STIPULATION AND ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION** |

17 |         v. | |

18 | DISH NETWORK, L.L.C.; ECHOSTAR SATELLITE CORPORATION; | Trial Date:        None set. Complaint filed:  June 13, 2011 |

19 | ECOSPHERE L.L.C.; KRISTY FEBEL; BLAKE KEISER; and DOES 1-50, inclusive, | |

20 | | |

21 |              Defendants. | |

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:103805263.1 049145.1014                                Case No.  2:11-CV-02133-LKK-DAD

STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

1    Plaintiff MARQUES JOHNSON and Defendants DISH NETWORK L.L.C. ("DISH"),

2    ECHOSTAR SATELLITE CORPORATION, and ECHOSPHERE L.L.C. (erroneously sued as

3    ECOSPHERE L.L.C.), ( collectively, "the Parties"), by and through their attorneys of record, hereby

4    stipulate and agree as follows:

5        1.    On June 13, 2011, Plaintiff filed a Complaint in the Superior Court of the State of

6    California, in and for the County of Sacramento, which was captioned as follows: "*MARQUES*

7    *JOHNSON, Plaintiff v. DISH NETWORK, LLC; ECHOSTAR SATELLITE CORPORATION;*

8    *ECOSPHERE, LLC; KRISTY FEBEL, BLAKE KEISER, AND DOES 1-50, INCLUSIVE; Defendants*,"

9    designated as Case No. 34-2011-00105860.

10       2.    On August 11, 2011, Defendants removed this case to the United States District

11   Court, Eastern District of California, and this case was designated as Case No. 2:11-CV-02133-

12   LKK-DAD.

13       3.    The Parties have not yet appeared at the Status (Pretrial Scheduling) Conference

14   currently scheduled for October 24, 2011 and no trial date has been assigned.

15       4.    The Parties agree that they entered into and are bound by the Mandatory Arbitration

16   of Disputes – Waiver of Rights Agreement ("Arbitration Agreement") signed by Plaintiff on April 9,

17   2007, with respect to the claims at issue in the above-referenced action.

18       5.    Plaintiff agrees to submit his claims at issue in the above-referenced action to final

19   and binding arbitration pursuant to the Arbitration Agreement signed by Plaintiff on April 9, 2007.

20       6.    The Parties agree that this action should be stayed pending arbitration and that the

21   Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

22       **IT IS SO STIPULATED.**

23

24

25

26

27

28   Firmwide:103805263.1 049145.1014                    2.              Case No.  2:11-CV-02133-LKK-DAD

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**

1    Dated: September 27, 2011

2

3                                                    /s/Eric C. Bellafronto_____
                                                     ERIC C. BELLAFRONTO, ESQ.
4                                                    ADRIANNE B. OSTROWSKI, ESQ.
                                                     LITTLER MENDELSON
5                                                    A Professional Corporation
                                                     Attorneys for Defendants
6                                                    DISH NETWORK, L.L.C.; ECHOSTAR
                                                     SATELLITE CORPORATION;
7                                                    ECOSPHERE, L.L.C.

8

9
     Dated: September 26, 2011
10                                                   /s/Leo F. Donahue_____
                                                     LEO F. DONAHUE, ESQ.
11                                                   LEO F. DONAHUE, INC.
                                                     Attorneys for Plaintiff
12                                                   MARQUES JOHNSON

13

14
     Dated: September 26, 2011
15                                                   /s/Kevin W. Harris_____
                                                     KEVIN W. HARRIS, ESQ.
16                                                   LAW OFFICES OF KEVIN W. HARRIS
                                                     Attorneys for Plaintiff
17                                                   MARQUES JOHNSON

18

19

20

21

22

23

24

25

26

27

28   Firmwide:103805263.1 049145.1014          3.          Case No.  2:11-CV-02133-LKK-DAD

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**

1

2

**ORDER**

3
    Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

4

5
    1.  Plaintiff Marques Johnson shall submit his claims at issue in the above-referenced action to final and binding arbitration pursuant to the Mandatory Arbitration of Disputes – Waiver of Rights Agreement ("Arbitration Agreement") signed by Plaintiff on April 9, 2007;

6

7

8
    2.  Plaintiff Marques Johnson's action is hereby stayed pending arbitration; and

9
    3.  This Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

10

11
    **IT IS SO ORDERED.**

12
DATED:  September 29, 2011

13

14

15
_____
LAWRENCE K. KARLTON

16
SENIOR JUDGE
UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

**STIPULATION AND [PROPOSED] ORDER RE ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION**