ERIC C. BELLAFRONTO, Bar No. 162102
KARIN M. COGBILL, Bar No. 244606
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Fax No.:       408.288.5686

Attorneys for Defendants
DISH NETWORK L.L.C.; ECHOSTAR SATELLITE CORPORATION; ECHOSPHERE L.L.C. (ERRONEOUSLY SUED AS ECOSPHERE L.L.C.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES JOHNSON,<br><br>           Plaintiff,<br><br>     v.<br><br>DISH NETWORK, L.L.C.; ECHOSTAR SATELLITE CORPORATION; ECOSPHERE L.L.C.; KRISTY FEBEL; BLAKE KEISER; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No.  2:11-CV-02133-LKK-DAD<br><br>**STIPULATION AND ORDER CONTINUING AUGUST 4, 2014 STATUS CONFERENCE** |

Case No.  2:11-CV-02133-LKK-DAD

**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 4, 2014 STATUS CONFERENCE**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Plaintiff MARQUES JOHNSON and Defendants DISH NETWORK L.L.C. ("DISH"), ECHOSTAR SATELLITE CORPORATION, and ECHOSPHERE L.L.C. (erroneously sued as ECOSPHERE L.L.C.), ( collectively, "the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On September 30, 2011, pursuant to Stipulation, this Court Ordered Plaintiff Marques Johnson to submit his claims in the above-referenced action to final and binding arbitration, and stayed the action pending arbitration (Dkt. No. 8);

2. The parties have completed Arbitration before the American Arbitration Association;

3. The Court has scheduled a Status Conference on August 4, 2014 at 10:00 am.

4. The Parties are currently negotiating an agreement which would resolve any disputes between them regarding the Arbitration, and anticipate that any such resolution would negate the need for a further Status Conference;

5. The Parties need 30 additional days to finalize their agreement, and therefore, agree that the August 4, 2014 Status Conference be continued to September 8, 2014, or a date thereafter as convenient for the Court.

**IT IS SO STIPULATED.**

Dated: July 18, 2014

/s/ Eric Bellafronto
ERIC C. BELLAFRONTO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
DISH NETWORK, L.L.C.; ECHOSTAR SATELLITE CORPORATION;
ECOSPHERE, L.L.C.

Dated: July 18, 2014

/s/ Kevin Harris
KEVIN W. HARRIS
LAW OFFICES OF KEVIN W. HARRIS
Attorneys for Plaintiff
MARQUES JOHNSON

2.   Case No.  2:11-CV-02133-LKK-DAD
STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 4, 2014 STATUS CONFERENCE
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

## **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

1. The August 4, 2014 Status Conference is continued to September 29, 2014 at 10:00 a.m. in Courtroom 4;

2. The Parties shall file updated status reports no later than fourteen (14) days preceding the conference.

**IT IS SO ORDERED.**

DATED: July 21, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3.   Case No. 2:11-CV-02133-LKK-DAD
**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 4, 2014 STATUS CONFERENCE**

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150